### 16070. RAY *v.* THE STATE.

BLOODWORTH, J. The motion for a new trial is based upon the general grounds; the verdict is approved by the trial judge, and this court can not say that there is no evidence to support it. See *Yonce* v. *State, Morgan* v. *State,* 154 *Ga.* 419 (114 S. E. 325); 29 *Ga. App.* 173 (114 S. E. 584).

> *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
> DECIDED MARCH 3, 1925.

Conviction of manufacture of liquor; from Troup superior court —Judge Roop. October 25, 1924.

*B. H. Hill,* for plaintiff in error.

*W. Y. Atkinson, solicitor-general,* contra.